IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGIE MATHIS | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | NO. 21-5698 |
| EXPERIAN, LLC | : | |

ORDER

AND NOW this 22nd day of May 2023, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) the motion of defendant Experian, LLC to dismiss the complaint of pro se plaintiff Dougie Mathis for lack of prosecution and noncompliance with discovery order (Doc. # 29) is GRANTED;

(2) the complaint of Mathis is DISMISSED WITH PREJUDICE; and

(3) the Clerk of Court shall mark this case closed.

BY THE COURT:

/s/ Harvey Bartle III
                          J.